# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DOUGLAS EUGENE CAUSEY**                                                                      **PLAINTIFF**
**ADC #093679**

V.                              CASE NO.  4:21-cv-01240 JM

**ROBERT ALSTON NEWCOMB**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE